FILED

2010 OCT -7 P 2: 14

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Keith M Davidson - #212216          CV 10 80 2 43 MISC

_____/

## ORDER TO SHOW CAUSE

It appearing that Keith M Davidson has been suspended for 90 days by the Supreme Court of

California effective August 21, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before November 12, 2010 as to why he should

not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Keith M Davidson
Attorney At Law
Keith M. Davidson & Associates, P.L.C.
8383 Wilshire Blvd Ste 510
Beverly Hills, CA 90211

United States District Court
For the Northern District of California