FILED

DEC 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-10-80243 MISC VRW

Keith M Davidson,
                                     ORDER
    State Bar No 212216
_____/

On October 7, 2010, the court issued an order to show cause (OSC) why Keith M Davidson should not be removed from the roll of attorneys authorized to practice law before this court based on his suspension for ninety days by the State Bar of California effective August 21, 2010.

The OSC was mailed to Mr Davidson's address of record with the State Bar on October 8, 2010. Mr Davidson filed no response. The California State Bar web site indicates that Mr Davidson is on active status as of November 19, 2010, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

    Keith M Davidson

Case Number: CV10-80243 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith M Davidson
Keith M Davidson & Associates PLC
8383 Wilshire Blvd, Ste 510
Beverly Hills, CA 90211

Dated: December 23, 2010

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein* (signature)